## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09- |
| | | |
| v. | : | DATE FILED: |
| | | |
| BARON SMITH | : | VIOLATIONS: |
| | | 18 U.S.C. § 1344 (bank fraud - 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     At all times material to this indictment, Commerce Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, certificate number 21140.

2.     From in or about October 1999 to in or about March 2000, in the Eastern District of Pennsylvania and elsewhere, defendant

## BARON SMITH

knowingly executed, attempted to execute, and aided and abetted the execution of, a scheme to defraud Commerce Bank, and to obtain money owned by and under the custody and control of Commerce Bank by means of false and fraudulent pretenses, representations, and promises.

## THE SCHEME

3.     Defendant BARON SMITH participated in a scheme to obtain money from Commerce Bank by cashing fraudulent checks.

4.     In the course of the scheme, defendant BARON SMITH possessed 39 improperly obtained blank checks from various banks including National Penn Bank, Sovereign Bank, and

First Union National Bank.

5.      The blank checks were then fraudulently made payable to Commerce Bank

account holders and taken to a Commerce Bank branch where the checks were cashed or an

attempt was made to cash the checks.

6.      Defendant BARON SMITH participated in the cashing or attempted cashing at

Commerce Bank of the following 39 checks:

| | Date | Check Number | Payor Account Holder | Commerce Bank Payee Account holder | Amount |
|---|---|---|---|---|---|
| 1 | 10/19/99 | 397 | C.M. | S.E. | $ 1,000.00 |
| 2 | 11/8/99 | 394 | C.M. | S.C. | $ 1,500.00 |
| 3 | 11/19/99 | 379 | C.M. | J.R. | $ 1,600.00 |
| 4 | 11/29/99 | 370 | C.M. | S.M. | $ 1,800.00 |
| 5 | 12/3/99 | 385 | C.M. | P.M.B. | $ 1,600.00 |
| 6 | 12/29/99 | 360 | C.M. | G.S. | $ 1,600.00 |
| 7 | 1/17/99 | 380 | C.M. | P.W. | $ 800.00 |
| 8 | 12/10/99 | 170 | R.B. | B.W.A. | $ 1,800.00 |
| 9 | 12/10/99 | 172 | R.B. | B.W.A. | $ 1,500.00 |
| 10 | 1/7/00 | 179 | R.B. | C.B. | $ 1,500.00 |
| 11 | 1/7/00 | 180 | R.B. | C.B. | $ 1,500.00 |
| 12 | 3/1/00 | 146 | L.T. | A.G. | $ 2,500.00 |
| 13 | 3/1/00 | 158 | L.T. | A.G. | $ 2,525.00 |
| 14 | 3/1/00 | 161 | L.T. | M.C. | $ 2,535.00 |
| 15 | 3/3/00 | 147 | L.T. | R.B. | $ 1,500.00 |
| 16 | 3/3/00 | 163 | L.T. | R.B. | $ 1,500.00 |
| 17 | 3/4/00 | 150 | L.T. | D.D. | $ 2,550.00 |
| 18 | 1/26/00 | 2097 | K.N. | C.C. | $ 1,500.00 |
| 19 | 1/26/00 | 2099 | K.N. | R.A.S. | $ 1,500.00 |
| 20 | 1/27/00 | 2104 | K.N. | R.A.S. | $ 1,500.00 |
| 21 | 1/27/00 | 2105 | K.N. | R.A.S. | $ 1,500.00 |
| 22 | 2/6/00 | 2111 | K.N. | J.B. | $ 1,700.00 |
| 23 | 2/7/00 | 2114 | K.N. | D.H. | $ 1,700.00 |
| 24 | 2/7/00 | 2116 | K.N. | R.D. | $ 1,700.00 |
| 25 | 12/19/99 | 1881 | J.F. Landscaping | R.E. | $ 1,600.00 |
| 26 | 12/19/99 | 1882 | J.F. Landscaping | G.S. | $ 1,700.00 |
| 27 | 1/21/00 | 1898 | J.F. Landscaping | M.P.W. | $ 1,500.00 |
| 28 | 1/12/00 | 224 | J.E. | J.S. | $ 1,000.00 |
| 29 | 1/13/00 | 223 | J.E. | J.S. | $ 1,000.00 |
| 30 | 1/14/00 | 232 | J.E. | D.G. | $ 1,000.00 |

| | Date | Check Number | Payor Account Holder | Commerce Bank Payee Account holder | Amount |
|---|---|---|---|---|---|
| 31 | 1/20/00 | 241 | J.E. | M.P.W | $ 1,800.00 |
| 32 | 1/31/00 | 218 | D.J. | M.C. | $ 1,700.00 |
| 33 | 2/1/00 | 224 | D.J. | S.K. | $ 1,700.00 |
| 34 | 11/18/99 | 1284 | M.C. | M.M. | $ 1,800.00 |
| 35 | 11/21/99 | 253 | A.D. | J.R. | $ 1,600.00 |
| 36 | 2/1/00 | 157 | C.C. | S.K. | $ 1,700.00 |
| 37 | 2/10/00 | 7769 | T.H. | L.B.P. | $ 1,700.00 |
| 38 | 2/17/00 | 276 | L.L. | M.D. | $ 800.00 |
| 39 | 3/24/00 | 1249 | R.M. | S.R. | $ 1,500.00 |
| | TOTAL | | | | $62,510.00 |

In violation of Title 18, United States Code, Sections 1344 and 2.

**A TRUE BILL:**

_____
**FOREPERSON**

_____
**MICHAEL L. LEVY**
**United States Attorney**